Max Wehrmann et al., trading as Max Wehrmann & Sons, appellees, v. S. B. Lavick & Company, Inc., appellant. Gen. No. 27,400.
Assumpsit for labor and material furnished in making office furniture. Plea of recoupment by defendant. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed and remanded. Opinion filed June 27, 1922. Rehearing denied July 10, 1922.
William Levine, for appellant. Levinson & Hoffman, for appellees; Douglas C. Gregg, of counsel.
Mr. Justice Barnes delivered the opinion of the court.

---

Benjamin F. Angus, appellee, v. Louis H. Marks, appellant. Gen. No. 27,415.
Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed with finding of fact. Opinion filed June 27, 1922.
Harry K. Loeb and Richard J. Cooney, for appellant. Samuels, Lawton & Wittelle, for appellee.
Mr. Justice Barnes delivered the opinion of the court.

---

Economic Specialty Company, appellee, v. Edward Valve & Manufacturing Company, appellant. Gen. No. 27,106.
Action for royalties upon the manufacture and sale of articles covered by patents. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed with finding of facts. Opinion filed June 27, 1922.
Lyman, Adams & Bishop, for appellant; Howard F. Bishop and J. Arthur Johnson, of counsel. McMahon, Graber & Elward, for appellee.
Mr. Justice Morrill delivered the opinion of the court.

---

Marie Lefkovitz, appellee, v. Chicago Railways Company et al., operating as Chicago Surface Lines, appellants. Gen. No. 27,112.
Action for personal injuries due to the sudden starting of defendants' street car as plaintiff was alighting therefrom. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed and remanded. Opinion filed June 27, 1922. Rehearing denied July 10, 1922.
Charles C. Cunningham and Watson J. Ferry, for appellants; W. W. Gurley and J. R. Guilliams, of counsel. Andrew R. Sherriff and Wallace Streeter, for appellee.
Mr. Justice Morrill delivered the opinion of the court.